■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MACHIN, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Marasco,

J.), rendered April 22, 1983, convicting him of grand larceny in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The issue raised was not preserved for review as a matter of law (*People v Pellegrino,* 60 NY2d 636). Mangano, J. P., Gibbons, Brown and Lawrence, JJ., concur.